1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CORCERA SOLUTIONS, LLC (f/k/a TORREY POINT GROUP LLC),

               Plaintiff,

     v.

RAZOR, INC., et al.,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:13-cv-05113-PSG

**ORDER TO SHOW CAUSE**

On July 21, 2014, a case management conference was scheduled to be held. None of the parties appeared for it. Accordingly,

IT IS HEREBY ORDERED that no later than August 4, 2014, Plaintiff Corcera Solutions is ordered to show cause in writing why the case should not be dismissed for failure to prosecute. Failure to comply with this order may result in dismissal of the action pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**

Dated:  July 22, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No. 5:13-cv-05113-PSG
ORDER TO SHOW CAUSE