UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORCERA SOLUTIONS, LLC (f/k/a TORREY POINT GROUP LLC),<br><br>    Plaintiffs,<br><br>v.<br><br>SAGO NETWORKS, LLC, et al.,<br><br>    Defendants. | Case No. 5:13-cv-05113-PSG<br><br>**CASE MANAGEMENT ORDER**<br><br>**(Re: Docket No. 67)** |

Based on the parties' joint case management statement,[1]

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is June 8, 2015.

IT IS FURTHER ORDERED that the parties are referred to the ADR unit. The parties shall reach out to the ADR unit within 14 days to select a mediator. The parties shall complete mediation within 60 days of this order.

---

[1] *See* Docket No. 23.

1

Case No. 5:13-cv-05113-PSG
CASE MANAGEMENT ORDER

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

| | |
|---|---|
| Primary expert designations | August 3, 2015 |
| Rebuttal expert designations | September 3, 2015 |
| Completion of discovery | September 21, 2015 |
| Filing dispositive motions | October 4, 2015 |
| Pre-trial conference | December 15, 2015 at 10:00 a.m. |
| Jury trial | January 19, 2016 at 9:30 a.m. |

**SO ORDERED.**

Dated: May 8, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 5:13-cv-05113-PSG
CASE MANAGEMENT ORDER