UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORREY POINT GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>RAZOR, INC, et al.,<br><br>Defendants. | Case No.  13-cv-05113-PSG   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  July 20, 2015<br>Mediator:  Dale Barnes |

IT IS HEREBY ORDERED that the request to excuse defense counsel Donald Schutz from appearing in person at the July 20, 2015, mediation before Dale Barnes is DENIED.  The court finds that Mr. Schutz has not demonstrated that requiring his presence at the mediation would cause him 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 6-10(d).  Accordingly, the request in DENIED.

Mr. Schutz's further request that local counsel be allowed to appear on his behalf at the mediation is also DENIED.  ADR L.R. 6-10(b) requires that 'Each party must be accompanied at the mediation by the lawyer who will be primarily responsible for handling the trial of the matter.'

Mr. Schutz shall appear in person at the July 20, 2015 mediation.

**IT IS SO ORDERED**.

Dated: July 10, 2015

Maria-Elena James
United States Magistrate Judge