UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TORREY POINT GROUP, LLC,<br><br>        Plaintiff,<br><br>     v.<br><br>RAZOR, INC, et al.,<br><br>        Defendants. | Case No. 13-CV-05113-LHK<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. Nos. 104, 108 |

This case is a breach of contract and intentional misrepresentation action that was referred to Magistrate Judge Paul Grewal. Judge Grewal has made a report and recommendation that the District Judge grant Defendant Sago Networks, LLC's ("Sago") motion to substitute as party plaintiff and motion for default judgment against Defendant Razor, Inc. ECF No. 108. The Magistrate Judge's Report and Recommendation was filed on April 26, 2016. No objections have been filed, and the time to file objections has now expired. *See* Fed. R. Civ. P. 72(b)(2).

Having reviewed the Report and Recommendation, as well as the record in this case, the Court finds that the Report and Recommendation is well-founded in fact and in law. The Court ADOPTS the Report and Recommendation in its entirety. Sago's motion to substitute as party plaintiff and Sago's motion for default judgment are therefore GRANTED. *See* ECF No. 104.

1

1  The Clerk shall enter judgment of $233,341.00 in favor of Sago in accordance with the Report and
2  Recommendation.  The Clerk shall close the case file.
3  **IT IS SO ORDERED.**

5  Dated: May 23, 2016

*[signature: Lucy H. Koh]*

LUCY H. KOH
United States District Judge